UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HAROLD EDWARDS,
    Plaintiff

v.

WILLIAM HUTCHINGS, et al.,
    Defendants.

Case No. 2:20-cv-01634-GMN-BNW

## MOTION REQUESTING THAT COURT ORDER THE UNITED STATES MARSHALL'S SERVICE TO SERVE HIS COMPLAINT ON THE DEFENDANTS.

On June 7th 2021 this Honorable Court issued an Order denying my Motion Requesting that this Honorable Court order that the UNITED STATES MARSHAL's Service serve my Complaint on Defendants. This Court stayed the case so that the parties could participate in the Court's Inmate Early Mediation Program, So at the time Service was not appropriate at that time. I now refile a Motion Requesting that this Court Order the USMS Serve my Complaint. Pursuant to Fed. Rules of Civ. Procedure 4

DATED THis 22nd day of September 2021

BY. Harold Edwards #1169986
Harold Edwards

### Order
IT IS ORDERED that ECF No. 15 is DENIED as moot. Defendants have already accepted service. *See* ECF No. 14.

**IT IS SO ORDERED**
DATED: 9:32 am, September 29, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

## CERTFICATE OF SERVICE BY MAILING

I, Harold Edwards, hereby certify, pursuant to NRCP 5(b), that on this 22nd day of September, 2021, I mailed a true and correct copy of the foregoing, "MOTION REQUESTING THAT COURT ORDER USMS TO SERVE Complaint on DEFENDENTS" by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO - RM 1334
LAS VEGAS, NV. 89101

CC:FILE

DATED: this 22 day of September, 2021.

Harold Edwards   # 1169986
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

