UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Harold Edwards #1169986
SDCC P.O. Box 208
Indian Springs, Nv. 89070

FILED FEB 07 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

HAROLD EDWARDS,
                Plaintiff,

v.

HUTCHINGS, et al.

Case No. 2:20-CV-01634-GMN-BNW

MOTION REQUESTING DOCKET SHEET AND STATUS OF PRIOR MOTION FOR THIS CASE TO BE CLASSIFIED AS CLASS ACTION AND THE APPOINTMENT OF COUNSEL:

Plaintiff Harold Edwards, herein above respectfully moves this Honorable Court for the Granting of his Motion.

This Motion is made and based upon the Points and Authorities Federal Rules of Civil Procedure Rule 23 and Parham v. Johnson 126 F.3d 454

DATED: This 1st day of February 2022

BY Harold Edwards 1169986
/s/ Harold Edwards

**ORDER**

IT IS ORDERED that ECF No. 23 is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a copy of the docket. IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a copy of the screening order in this case (ECF No. 5).

IT IS SO ORDERED
DATED: 11:48 am, February 08, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE BY MAILING

I, __Harold Edwards__, hereby certify, pursuant to NRCP 5(b), that on this __1st__ day of __February__, 20__22__, I mailed a true and correct copy of the foregoing, "__Motion Requesting Docket Sheet and Status of Prior Motion For this Case to be Classified as Class Action and The Appointment of Counsel.__" by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

Clerk, U.S. District Court
District of Nevada
333 Las Vegas BLVD. So-RM 1334
Las VEGAS NV 89101

CC:FILE

DATED: this __1st__ day of __February__, 20__22__

__Harold Edwards__   #__1169986__
Harold Edwards
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

