Harold Edwards #1169986
SDCC P.O. Box 208
Indian Springs, NV. 89070

FEB 28 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Harold Edwards,
    Plaintiff,

v.

William Hutchings, et al.,
    Defendants

Case No. 2:20-cv-01634-GMN-BNW

## MOTION FOR CLASS ACTION STATUS AND MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to Federal Rules of Civil Procedure Rule 23 plaintiff moves for an order classifying the above case number class Action and pursuant to 28 U.S.C. § 1915(e)(1) plaintiffs moves for an order appointing counsel to represent him, or if this court classifies the case Class Action, them in this case.

1. Plaintiff[s] are unable to afford Counsel. 2. Plaintiff[s] imprisonment will greatly limit their ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff[s] have limited access to the law library and limited knowledge of the law. 3. A trial in this case will likely involve conflicting testimony and counsel would better enable plaintiff[s] to present evidence and cross examine witnesses. Plaintiff[s] has made repeated efforts to obtain a lawyer. Wherefore plaintiffs request that the court appoint a Bar Associated Attorney as Counsel in this

matter.

February 10th 2022

BY Harold Edwards
Harold Edwards # 1169986
SDCC P.O. BOX 208
Indian Springs, NV. 89070

### ORDER

IT IS ORDERED that ECF No. 27 is DENIED without prejudice.

*Pro se* litigants have the right to plead and conduct their own cases personally. 28 U.S.C. § 1654. But they do not have authority to represent anyone other than themselves. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) (stating that a non-attorney plaintiff may not pursue a claim on behalf of others in a representative capacity). The rationale for this rule is that the "competence of a layman representing himself [is] clearly too limited to allow him to risk the rights of others." *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) (per curiam) (holding that it was an error to permit an inmate who was unrepresented by an attorney to represent other inmates in a class action against the prison superintendent).

Given that Plaintiff is a *pro se* litigant and does not have the authority to represent the other Plaintiffs, this case cannot proceed as a class action.

IT IS SO ORDERED

DATED: 10:30 am, March 02, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Arold Edwards #1169986
)CC P.O. Box 208
Idian Springs, NV. 89070

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 28 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

XRAYED US MARSHALS SERVICE

LAS VEGAS NV 890
24 FEB 2022 PM 4 L

3/5 2612935
FIRST-CLASS MAIL
quadient
02/24/2022
US POSTAGE $000.53°
ZIP 89101
041M12254121

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO — RM 1334
LAS VEGAS, NV. 89101

89101-706834