Harold Edwards #1169986
SDCC P.O. BOX 208
Indian Springs, NV. 89070

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Harold Edwards,
    Plaintiff.

v.

Warden William Hutchings et al.,
    Respondent.

Case No. 2:20-cv-01634 GMN-BNW

<u>Motion Requesting The Last Order Issued By The Judge In This Matter:</u>

Plaintiff Harold Edwards is asking this Court to mail him another copy of the last Order issued by this Court.

Dated February 25th 2022

BY: Harold Edwards
    Harold Edwards #1169986
    Pro'se plaintiff

**ORDER**

IT IS ORDERED that ECF No. 31 is GRANTED in part and DENIED in part. The Court is unsure which order Plaintiff seeks. Accordingly, the Clerk of Court is kindly directed to send Plaintiff a copy of the docket sheet. If Plaintiff did not receive a copy of a recent order of this Court, he may file a motion requesting a copy of that specific order.

IT IS SO ORDERED
DATED: 3:32 pm, March 03, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

## CERTFICATE OF SERVICE BY MAILING

I, __Harold Edwards__, hereby certify, pursuant to NRCP 5(b), that on this __25th__ day of __February__, 20__22__, I mailed a true and correct copy of the foregoing, "__Motion Requesting The Last Order Issued By The Judge__" by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

```
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. - RM 1334
LAS VEGAS, NV. 89101
```

CC:FILE

DATED: this __25th__ day of __February__, 20__22__.

__Harold Edwards__ # 1169986
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

Harold Edwards 1169986
SDCC P.O. Box 208
Indian Springs, NV, 89070

B1st#2646
FIRST-CLASS MAIL
quadient
02/28/2022
US POSTAGE $000.53
ZIP 89101
041M11225412

LAS VEGAS NV 890
28 FEB 2022 PM 4 L

LEGAL MAIL INMATE'S CORRESPONDENCE

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. - RM 1334
LAS VEGAS, NV, 89101

89101-705934

___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

MAR 02 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___                    DEPUTY