Harold Edwards #1169986
SDCC P.O. BOX 208
Indian Springs, NV. 89070

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Harold Edwards,
    Plaintiff,

v.

William Hutchings et al.,
    Defendants,

Case No. 2:20-cv-01634-GMN-BNW

## Motion For a Copy Of Scheduling Order issued on February 8th 2022:

Plaintiff Harold Edwards is asking this Honorable Court to mail him another Copy of the Scheduling Order because during inventory of his personal property the Scheduling order filed on 2.8.22 was loss.

DATED March 7th 2022

By: Harold Edwards
Harold Edwards #1169986
Pro'se plaintiff

**ORDER**

IT IS ORDERED that ECF No. 35 is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to send Mr. Edwards a copy of ECF No. 24.

**IT IS SO ORDERED**
**DATED:** 5:46 pm, March 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**