UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD EDWARDS,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01634-GMN-DJA<br><br>**ORDER DISMISSING CASE FOR LACK OF JURISDICTION** |

　　　　Pending before the Court is the Memorandum, (ECF No. 77), entered by the United States Court of Appeals for the Ninth Circuit vacating the Court's Order Granting Defendants' Motion for Summary Judgment, (ECF No. 71), and remanding with instructions to dismiss this case for lack of jurisdiction.[1]

　　　　Accordingly,

　　**IT IS HEREBY ORDERED** that this case is **DISMISSED** for lack of jurisdiction pursuant to the United States Court of Appeals for the Ninth Circuit's Memorandum, (ECF No. 77).

　　**DATED** this __3__ day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

---

[1] The United States Court of Appeals for the Ninth Circuit entered its Mandate, (ECF No. 79) on June 2, 2025, hereby transferring jurisdiction back to this Court for dismissal.